IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. 226** |

**ORDER APPROVING STIPULATION
REGARDING POST-DEFAULT USE OF CASH COLLATERAL**

Upon consideration of the certification of counsel (the "Certification") for the above-captioned debtors and debtors in possession (the "Debtors") requesting entry of an order approving the Stipulation Regarding Post-Default Use of Cash Collateral attached as Exhibit A hereto (the "Stipulation")[2] between the Debtors, on the one hand, and the Prepetition Secured Parties and DIP Secured Parties, on the other hand; and this Court having jurisdiction pursuant to with 28 U.S.C. §§ 1334 and 157 and the Amended Standing Order of Reference dated February 29, 2012, from the United States District Court for the District of Delaware; and the Court's consideration of the Certification being a core proceeding under 28 U.S.C. § 157(b); and venue of this proceeding and this matter being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that it may enter a final order consistent with Article III of the Constitution; and after due deliberation and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Stipulation.

2. The Debtors, the Prepetition Secured Parties, and the DIP Secured Parties are authorized to take any action necessary or appropriate to implement the terms of the Stipulation without further order from the Court.

3. This Court shall retain jurisdiction and power to resolve any dispute arising from or relating to the Stipulation or this Order.

Dated: October 2nd, 2023
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE