**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**LAP GmbH Laser Applikationen**

Name of Transferor:
**LAP Sued GmbH**
**(Euromechanics Medical GmbH)**

Phone: + 49 174 300 50 63
Last Four Digits of Acct #: N/A

Phone: +49 177 752 39 24
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Claim No:** 205
**Case Nos.:** 23-10935 and 23-10936

LAP GmbH Laser Applikationen
Zeppelinstr. 23
21337 Lüneburg, Germany

**Date Filed**: October 20, 2023

Total Amount of Claim: $398,129.53
**Transferred Amount of Claim:** $398,129.53

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Katja Harms, Head of Legal
LAP GmbH Laser Applikationen

By: _____
Thomas Simmerer, CEO
LAP GmbH Laser Applikationen

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.

# EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, District of Delaware

AND TO: George L. Miller, as Chapter 7 Trustee of ViewRay, Inc., *et al*.

LAP Sued GmbH ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign to:

LAP GmbH Laser Applikationen<br>
Zeppelinstr. 23<br>
21337 Lüneburg, Germany

its successors and assigns ("Buyer"), all right, title and interest in and to proof of claim number 205 of Seller in the principal amount of $398,129.53 (the "Claim") against Debtors ViewRay, Inc. and ViewRay Technologies, Inc. in the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), or any other court with jurisdiction.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim, effective as of January 25, 2024.

| Seller: **LAP Sued GmbH** | Buyer: **LAP GmbH Laser Applikationen** |
|---|---|
| By: _[signature]_<br>Name: Stefan Ueltzhöffer<br>Title: Managing Director | By: _[signature]_<br>Name: Thomas Simmerer<br>Title: CEO |
| By: _[signature]_<br>Name: Claudia Käppner<br>Title: Head of Internal Services | By: _[signature]_<br>Name: Katja Harms<br>Title: Head of Legal |