**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Re: D.I. 538** |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that on January 26, 2024, LAP GmbH Laser Applikationen filed the *Motion of LAP GmbH Laser Applikationen ("LAP") for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. §§ 503(b)(9) and 507(a)(2)* [D.I. 538] (the "Motion").

Pursuant to the notice of the Motion, objections to the entry of an order approving the Motion (the "Proposed Order") were to be filed and served by 4:00 p.m. (ET) on February 9, 2024.

The undersigned hereby certifies that he has reviewed the Court's docket in these chapter 7 cases and no answer, objection, or other responsive pleading to the Motion appears thereon.

It is hereby respectfully requested that the Court enter the Proposed Order attached to the Motion, at the earliest convenience of the Court without further notice or hearing.

Dated: February 14, 2024      /s/ Christopher Viceconte
Wilmington, Delaware          Christopher Viceconte (No. 5568)
                             **GIBBONS P.C.**
                             300 Delaware Avenue, Suite 1015
                             Wilmington, Delaware 19801
                             Telephone: (302) 518-6300
                             Email: cviceconte@gibbonslaw.com

                             *Attorneys for LAP GmbH Laser Applikationen*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.