# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**APRIL 16, 2024 AT 9:30 A.M. (EASTERN TIME)**

**THIS HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT AND IS ADJOURNED TO MAY 22, 2024 AT 9:30 A.M. (EASTERN TIME).**

### I) RESOLVED MATTERS

1. First Interim Application of B. Riley Securities, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Chapter 7 Trustee for the Period October 26, 2023 Through February 9, 2024 (Filed: March 6, 2024; Docket No. 559).

    Objection/Response Deadline: March 20, 2024 at 4:00 p.m. (Eastern Time).

    Objections/Responses: None.

    Related Documents:

    A. Certification of No Objection Regarding First Interim Application of B. Riley Securities, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Chapter 7 Trustee for the Period October 26, 2023 Through February 9, 2024 (Filed: March 21, 2024; Docket No. 563); and

    B. Order Approving First Interim Application of B. Riley Securities, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Chapter 7 Trustee for the Period October 26, 2023 Through February 9, 2024 (Entered: April 11, 2024; Docket No. 572).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.

<ul><li>Status: An Order was entered by the Court on April 11, 2024.  Accordingly, a hearing on this matter is no longer necessary.</li></ul>

2. Application of Chapter 7 Trustee George L. Miller, Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Federal Rule of Bankruptcy Procedures 2014, for Authority to Employ and Retain Deloitte GmbH as Foreign Tax Advisors to the Chapter 7 Trustee for These Cases (Filed: March 14, 2024; Docket No. 560).

   Objection/Response Deadline: March 28, 2024 at 4:00 p.m. (Eastern Time).

   Objection/Responses: None.

   Related Documents:

   A. Certificate of No Objection (Filed: April 1, 2024; Docket No. 567); and

   B. Order Approving Application of Chapter 7 Trustee George L. Miller for Authority to Employ and Retain Deloitte GmbH as Foreign Tax Advisors to the Chapter 7 Trustee for These Cases (Entered: April 3, 2024; Docket No. 568).

   Status: An Order was entered by the Court on April 3, 2024.  Accordingly, a hearing on this matter is no longer necessary.

3. Motion of George L. Miller, Chapter 7 Trustee, for Entry of an Order Establishing Bar Date for Filing Chapter 11 Administrative Expense Claims and Approving the Form and Manner of Notice Thereof (Filed: March 22, 2024; Docket No. 564).

   Objection/Response Deadline: April 5, 2024 at 4:00 p.m. (Eastern Time).

   Objection/Responses: None.

   Related Documents:

   A. Certification of Counsel Regarding Order Establishing Bar Date for Filing Chapter 11 Administrative Expense Claims and Approving the Form and Manner of Notice Thereof (Filed: April 10, 2024; Docket No. 569); and

   B. Order Establishing Bar Date for Filing Chapter 11 Administrative Expense Claims and Approving the Form and Manner of Notice Thereof (Entered: April 11, 2024; Docket No. 575).

   Status: An Order was entered by the Court on April 11, 2024.  Accordingly, a hearing on this matter is no longer necessary.

4. First Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Chapter 7 Trustee , for the Period From October 26, 2023 Through February 29, 2024 (Filed: March 26, 2024; Docket No. 565).

    <u>Objection/Response Deadline</u>: April 9, 2024 at 4:00 p.m. (Eastern Time).

    <u>Objections/Responses</u>: None.

    <u>Related Documents</u>:

    A. Certificate of No Objection (Filed: April 10, 2024; Docket No. 571); and

    B. Order Allowing Miller Coffey Tate LLP Compensation for Services Rendered and Reimbursement of Expenses (Entered: April 11, 2024; Docket No. 574).

    <u>Status</u>: An Order was entered by the Court on April 11, 2024.  Accordingly, a hearing on this matter is no longer necessary.

5. First Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period From October 26, 2023 Through February 29, 2024 (Filed: March 26, 2024; Docket No. 566).

    <u>Objection/Response Deadline</u>: April 9, 2024 at 4:00 p.m. (Eastern Time).

    <u>Objections/Responses</u>: None.

    <u>Related Documents</u>:

    A. Certificate of No Objection (Filed: April 10, 2024; Docket No. 570); and

    B. Order Approving First Interim Application of Bielli & Klauder, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Chapter 7 Trustee, for the Period From October 26, 2023 Through February 29, 2024 (Entered: April 11, 2024; Docket No. 573).

    <u>Status</u>: An Order was entered by the Court on April 11, 2024.  Accordingly, a hearing on this matter is no longer necessary.

**II) ADJOURNED MATTERS**

6. Debtors' Motion for Entry of: (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors Business or Substantially All of the Debtors Assets; (II) Approving Procedures to Designate One or More Stalking Horse Bidders and Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the

Sale of the Debtors Business or Substantially All of the Debtors Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of the Debtors Business or Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief (Filed: July 21, 2023; Docket No. 69).

Counterparty Supplemental Objection/Response Deadline: February 5, 2024 at 4:00 p.m. (Eastern Time). The objection deadline was extended to February 7, 2024 at 4:00 p.m. (ET) for Paramount Electronics Ltd.

Counterparty Supplemental Objections/Responses:

- A. Oracle's Supplemental Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Related Supplemental Notice of Assumption and Assignment (Filed: February 5, 2024; Docket No. 541);

- B. Objection of Japan Superconductor Technology, Inc. to Trustee's Supplemental Notice of Assumption and Assignment (Filed: February 5, 2024; Docket No. 542); and

- C. Informal comments from Paramount Electronics Ltd.

Related Documents:

- A. Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Business or Substantially All of the Debtors' Assets; (II) Approving Procedures to Designate One or More Stalking Horse Bidders and Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the Sale of the Debtors' Business or Substantially All of the Debtors' Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief (Filed: August 23, 2023; Docket No. 208);

- B. Supplemental Notice of Extension of Certain Deadlines in the Bidding Procedures and Sale Motion, Scheduling Auction and Sale (Filed: December 13, 2023; Docket No. 479);

- C. Notice of Successful Bid and Back-up Bid (Filed: January 16, 2024; Docket No. 520);

D. Supplemental Notice of Assumption and Assignment (Filed: January 22, 2024; Docket No. 532); and

E. Order (I) Approving the Sale of Substantially All Assets of the Debtors and Their Estates Free and Clear of Liens, Encumbrances, Claims and Interests (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (Filed: January 23, 2024; Docket No. 534).

Status: The Trustee and the Buyer are discussing resolutions with each of the unresolved objecting and responding parties related to assumption and cure issues. To the extent an objection is currently unresolved, this matter is adjourned to May 22, 2024 at 9:30 a.m. (Eastern Time).

7. Motion of ViewRay Systems, Inc. to (I) Compel RK Logistics Group, Inc. to Comply with the Sale Order; (II) Direct RK Logistics Group, Inc. to Release Purchased Goods to ViewRay Systems, Inc.; and (III) Award ViewRay Systems, Inc. Fees and Costs Incurred as Civil Contempt Sanctions (Filed: March 20, 2024; Docket No. 562).

Objection/Response Deadline: April 3, 2024 at 4:00 p.m. (Eastern Time).

Objections/Responses: None.

Related Documents: None.

Status: This matter is adjourned to May 22, 2024 at 9:30 a.m. (Eastern Time).

| Dated: April 11, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |
|---|---|