# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on April 11, 2024, I caused a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on April 16, 2024 at 9:30 a.m. (Eastern Time)* to be served via CM/ECF upon all parties receiving electronic notification and via electronic mail upon the parties on the attached Service List.

| | |
|---|---|
| Dated: April 11, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.