## **Exhibit A**

**ViewRay, Inc. et al.**
**Sharing Agreement Carve Out Calculations**
**As of 4/30/24**

**Asset Sales/Recoveries**

| | | |
|---|---|---:|
| Asset Auction Proceeds | $ | 5,205,000.00 |
| PNC Cash Turnover | $ | 215,313.55 |
| Refunds | $ | 108,047.35 |
| PEKO Stipulation Proceeds | $ | 2,320.27 |
| | $ | 5,530,681.17 |

**Costs to Administer**

| | | |
|---|---|---:|
| B. Riley Securities, Inc. | $ | (436,185.66) |
| Bielli & Klauder, LLC | $ | (156,467.97) |
| Miller Coffey Tate LLP | $ | (96,246.74) |
| Pillsbury Winthrop | $ | (145,118.76) |
| Licensing & Internet | $ | (17,557.00) |
| Trustee Bond | $ | (7,837.50) |
| Bank Fees | $ | (8,082.62) |
| | $ | (867,496.25) |

**Reserves**

| | | |
|---|---|---:|
| Trustee Statutory Commission | $ | (189,170.44) |
| Landlord Stipulation | $ | (190,000.00) |
| Ongoing Professional Fee Reserve | $ | (125,000.00) |
| Contingency Reserve | $ | (50,000.00) |
| | $ | (554,170.44) |

**Advances**

| | | |
|---|---|---:|
| Repayment of Lenders Advances | $ | (65,000.00) |

| | | | |
|---|---|---|---:|
| **Distribution Under Sharing Agreement** | | $ | 4,044,014.48 |
| | | | |
| **Lenders** | **92.5%** | **$** | **3,740,713.40** |
| | | | |
| **Trustee Retention** | **7.5%** | **$** | **303,301.08** |

**ViewRay, Inc. et al.**
**Trustee Statutory Commission (Section 326)**

Total Funds Received                                    $     5,530,681.17

| | | Range | | | Commission |
|---|---|---|---|---|---|
| 25% | $ | - | $ | 5,000.00 | $ | 1,250.00 |
| 10% | $ | 5,000.00 | $ | 50,000.00 | $ | 4,500.00 |
| 5% | $ | 50,000.00 | $ | 1,000,000.00 | $ | 47,500.00 |
| 3% | $ | 1,000,000.00 | Excess | | $ | 135,920.44 |
| | | | | | $ | 189,170.44 |