IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al*., | Case No. 23-10935 (KBO) |
| Debtors.¹ | (Jointly Administered) |
| | Re: Docket No. ___ |

**ORDER AUTHORIZING THE DISTRIBUTION OF THE PROCEEDS FROM THE SALE OF THE DEBTORS' ASSETS AND OTHER ASSETS OF THE BANKRUPTCY ESTATES PURSUANT TO**
<u>**THE SHARING AGREEMENT WITH THE LENDERS**</u>

Upon consideration of the *Motion of George L. Miller, the Chapter 7 Trustee, for Authorization to Distribute the Proceeds from the Sale of the Debtors' Assets and Other Assets of the Bankruptcy Estates Pursuant to the Sharing Agreement with the Lenders* (the "<u>Motion</u>"); due and proper notice of the Motion having been given; and it appearing that (i) this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iii) venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; after considering the record made in connection with the Motion, any responses/objections to the Motion, and argument of counsel; and the Court finding that the relief requested by the Trustee is warranted; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The Trustee² is authorized to distribute the Sale Proceeds and Additional Estate Assets pursuant to the terms set forth in the Sharing Agreement and as identified and described on

---

¹ The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429).
² Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2

Exhibit A to the Motion. In particular, the Trustee is authorized to distribute $3,805,713.40 to the Lenders.

3. The Trustee is hereby authorized and empowered to take such steps, expend such monies, and perform such acts as may be necessary to implement and effectuate the terms of this order.

4. This Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this order.