**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Hearing Date: May 22, 2024 at 9:30 a.m. (ET)**<br>**Objection Deadline: May 15, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF GEORGE L. MILLER, THE CHAPTER 7 TRUSTEE,
FOR AUTHORIZATION TO DISTRIBUTE THE PROCEEDS FROM
THE SALE OF THE DEBTORS' ASSETS PURSUANT TO THE
<u>SHARING AGREEMENT WITH THE LENDERS</u>**

PLEASE TAKE NOTICE THAT Bielli & Klauder, LLC ("<u>BK</u>"), counsel to George L. Miller (the "<u>Trustee</u>"), chapter 7 trustee for ViewRay, Inc., *et al.*, has filed the *Motion of George L. Miller, the Chapter 7 Trustee, for Authorization to Distribute the Proceeds from the Sale of the Debtors' Assets Pursuant to the Sharing Agreement with the Lenders* (the "<u>Motion</u>") in the above-captioned chapter 7 cases.

You are required to file a response to the Motion on or before **<u>May 15, 2024 at 4:00 p.m. (ET)</u>**

At the same time, you must also serve a copy of the response upon the Trustee's attorney:

> David M. Klauder, Esquire
> **BIELLI & KLAUDER, LLC**
> 1204 N. King Street
> Wilmington, DE 19801
> Phone: (302) 803-4600
> dklauder@bk-legal.com

HEARING ON THE MOTION WILL BE HELD ON **<u>May 22, 2024 at 9:30 a.m. (ET)</u>** before the Honorable Karen B. Owens at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Wilmington, DE 19801 in Courtroom Number 3.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.

| | |
|---|---|
| Dated: May 1, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |