# **EXHIBIT A**


**WORLDWIDE LOGISTICS**

Transgroup Express, Inc
Transgroup International
Corporate Headquarters: 18850 8th Avenue South Seattle WA 98148
Remit to address: PO Box 69207 Seattle WA 98168
Web Site: WWW.Transgroup.com
Credit Dept Email: AccountsReceivable@Transgroup.com
Phone: 800-444-0294   206-244-0330

Tax ID# 91-1477974
DUNS# 62 804 8811
Terms: Net 15Days

## CUSTOMER PROFILE

**Company Name** Viewray Technologies, Inc.       www.viewray.com
                (full legal name)                    (web site)

Corporation [✓]   Partnership [ ]   Sole Proprietorship [ ]   LLC [ ]   State OH   Tax ID# 20-0818429

DBAs _____ Parent Company _____

Has the company or any controlling stockholder or partner filed bankruptcy  No

If yes: _____
        under what name              court location            filing date

**Requested Method of Payment**
   In Advance: Certified Funds [ ]  XXXXXXXX [
   Open Account Invoice: Company Check [✓]  XXXXXXXX [X

Dun & Bradstreet DUNS# 015705677 _____ D&B Paydex Rating _____ as of date _____

Bill To Address  815 E. Middlefield Rd.

                 Mountain View              CA        94043
                    (city)                (state)     (zip)

**Billing** Requirements _____

Andy Ramans                                    650-252-0930
(Management, Officer or Owner name)   (title)     (phone)              (email address)

Colleen James            Senior Accountant   650-252-0951           accountspayable@viewray.com
(Accounts Payable Contact)    (title)         (phone)      (fax)         (email address)

Bank Information:  JP Morgan Chase Bank, New York                               687191135
                          (Bank name and Location)                              (Account#)

Bank Contact  Heather Kelson                   415-315-4974
                  (name)                          (Phone)

The undersigned certifies that they are authorized to bind the company and that all information provided is true and accurate. Transgroup is hereby authorized to investigate any references, statements or other data pertaining to credit or other financial liability. No commitment for the extension of credit should be assumed or implied by the completion and submittal of this profile. Signature below acknowledges receipt and acceptance of the Transgroup Terms & Conditions which are reflected on original way bills and on Transgroup's web site at Transgroup.com

11/6/15     CPMKie          C.P.McKinley        Inventory Manager
(Date)      (Signature)      (Printed Name)          (Title)

650-252-0957   2 Thurms Gyl Wy    Oakwood Villg,  OH   44146
(Phone)           (Address)          (City)       (State) (Zip)

**Please return the signed document to your Transgroup Representative** _____ at _____
Retain a copy for your records and use the Transgroup details listed above for your vendor setup information.
### Thank you for choosing Transgroup Worldwide Logistics.

Transgroup Internal: Field office must complete below to confirm local review before forwarding to TG Corp AR for processing.
ICO ID  24    BY  Lars Poramose  DATE 11/6/15  ACCT# VIE101  ANN VOL EST $200K   CR EXCH RATING# ____
LMTS: TTL ____   31/60 ____   61/90 ____   91 ____   SPEC REQMTS ____

V6-04