# **<u>EXHIBIT B</u>**

# CUSTOMS POWER OF ATTORNEY
and
## Acknowledgement of Terms and Conditions of Service

Copyright 1995, National Customs Brokers and Forwarders Association of America, Inc.
(revised 1/00)

✓ appropriate box: ☐ Individual
☐ Partnership
☐ Corporation
☐ Sole
Proprietorship
☐ Limited Liability Company

**IRS#:** 20-0818429

KNOW ALL MEN BY THESE PRESENTS: That _____ **Viewray Technologies Inc** doing business as a
(Full name of individual, partnership, corporation, sole proprietorship, or Limited Liability Company)(Identity)
_____ under the laws of the state of **Delaware** _____, residing or having a principal place of business
(Individual, partnership, corporation, sole proprietorship, or LLC)
At 2 Thermo Fisher Way Oakwood Village OH, 44146 hereby constitutes and appoints Transfair North America International Freight Services Inc. dba Transgroup International which may act through any of its licensed officers or employees duly authorized to sign documents by Power of Attorney, its specifically authorized agents, to act for and on its behalf as a true and lawful agent and attorney of the grantor for and in the name, place and stead of said grantor, from this date, in the United States (the "territory") either in writing, electronically, or by other authorized means, to:

Make, endorse, sign, declare, or swear to any customs entry, withdrawal, declaration, certificate, bill of lading, carnet or any other documents required by law or regulation in connection with the importation, exportation, transportation, of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

Perform any act or condition which may be required by law or regulation in connection with such merchandise deliverable to said grantor; to receive any merchandise;

Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended for filing with Customs;

Sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with entry of merchandise;

Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

Authorize other Customs Brokers duly licensed within the territory to act as grantor's agent; to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the Untied States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor;

And generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to other laws of the territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney;

Giving to said agent and attorney full power and authority to do anything whatever requisite necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents;

This power of attorney to remain full force and effect until revocation in writing is duly given and received by grantee. (if the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years for the dates of its execution);

Grantor acknowledges receipt of Transgroup Intl Terms and Conditions of Service governing all transactions between the Parties.
(Grantee's Name)

If the Grantor is a Limited Liability Company, the signatory certifies that he/she has full authority to execute this power on behalf of the Grantor.

IN WITNESS WHEREOF, the said _Viewray Technologies Inc_
(Full name of company)
caused these presents to be sealed and signed:(Signature)_____ (print name) _Taylor Kreve_
(Capacity) _Chief Operating Officer_ Date: _Jan 27 2016_
Witness: (if required)_____