# **EXHIBIT C**

# SCAN GLOBAL LOGISTICS

## NORTH AMERICA CREDIT TERMS & CONDITIONS
## NORTH AMERICAN SERVICES

1. **NON-NEGOTIABLE DOCUMENT** - IN TENDERING THE SHIPMENT DESCRIBED HEREIN FOR CARRIAGE SHIPPER AGREES TO THESE CONDITIONS OF CONTRACT, WHICH NO AGENT OR EMPLOYEE OF THE PARTIES MAY ALTER, AND THAT THIS WAYBILL IS NON-NEGOTIABLE AND HAS BEEN PREPARED BY HIM OR ON HIS BEHALF BY THE CARRIER.

2. **CARRIER TARIFFS GOVERN** - IT IS MUTUALLY AGREED THAT THE SHIPMENT DESCRIBED HEREIN, ACCEPTED ON THE DATE HEREOF IN APPARENT GOOD ORDER (EXCEPT AS NOTED) FOR CARRIAGE AS SPECIFIED HEREIN SUBJECT TO GOVERING TARIFFS IN EFFECT AS OF THE DATE HEREOF, SAID TARIFFS ARE AVAILABLE FOR INSPECTION BY THE PARTIES HERETO AND ARE HEREBY INCORPORATED INTO AND MADE PART OF THIS CONTRACT.

3. **LIABILITY LIMITS** - ARE 50 CENTS PER POUND WITH A MINIMUM OF $50.00, FOR LOST AND/OR WEIGHT OF DAMAGED PORTION OF SHIPMENT, WHICHEVER IS GREATER, UNLESS A HIGHER VALUE IS DECLARED HEREIN, APPLICABLE CHARGES PAID THEREON. HOWEVER, CERTAIN COMMODITIES MAY BE DEEMED TO HAVE A LESSER VALUE, IN WHICH CASE THAT VALUE AS STATED IN GOVERNING TARIFFS WILL APPLY. IN THE EVENT OF A CLAIM CARRIER SHALL BE LIABLE FOR PHYSICAL LOSS AND/OR DAMAGE ONLY.

4. **C.O.D. SHIPMENTS** - THE AMOUNT OF SHIPPERS C.O.D. TO BE COLLECTED FROM THE CONSIGNEE MUST BE ENTERED ON THE SCAN GLOBAL LOGISTICS HOUSE WAYBILL BY THE SHIPPER, WITH THE SHIPPER'S OR HIS AGENT'S SIGNATURE ON THE WAYBILL. THE FULL AMOUNT OF THE SHIPPER'S C.O.D. IS PAYABLE ONLY BY CERTIFIED CHECK OR MONEY ORDER MADE PAYABLE TO THE SHIPPER UNLESS THE SHIPPER HAS AUTHORIZED SCAN GLOBAL LOGISTICS TO COLLECT THE CONSIGNEE'S CHECK PAYABLE TO THE SHIPPER. IF THE SHIPPER HAS WRITTEN SUCH AUTHORIZATION, SCAN GLOBAL LOGISTICS'S RESPONSIBILITY IS THEN LIMITED TO EXERCISING CARE AND DILIGENCE IN FORWARDING THE CHECK TO THE SHIPPER. ANY CHARGES FOR TRANSPORTATION OR C.O.D. COLLECTION, OR ANY OTHER SCAN GLOBAL LOGISTICS SERVICES ASSOCIATED WITH C.O.D. SHIPMENT WILL BE COLLECTED FROM THE CONSIGNEE AND SHALL BE MADE BY CERTIFIED CHECK OR MONEY ORDER PAYABLE TO SCAN GLOBAL LOGISTICS AND BE SEPARATE FROM THE CHECK OF THE C.O.D AMOUNT. ALL SHIPMENTS BEARING A C.O.D. AMOUNT FOR THE SHIPPER WILL BE ASSESSED THE APPLICABLE INSURANCE RATE FOR CARRIAGE.
C.O.D SHIPMENTS REFUSED OR UNCLAIMED BY THE CONSIGNEE WILL BE HELD AT SCAN GLOBAL LOGISTICS'S DESTINATION TERMINAL AND THE SHIPPER WILL BE NOTIFIED. IF THE DISPOSITION HAS NOT BEEN RECEIVED BY SCAN GLOBAL LOGISTICS WITHIN NINETY (90) DAYS OF SHIPPER NOTIFICATION BY SCAN GLOBAL LOGISTICS, THE SHIPMENT MAY BE DISPOSED OF WITH THE PROCEEDS OF SALE BEING APPLIED TO TRANSPORTATION CHARGES AND ANY EXCESS AMOUNTS BEING REFUNDED TO THE SHIPPER. ANY AMOUNTS UNSETTLED AFTER RECEIPT BY SCAN GLOBAL LOGISTICS OF THE PROCEEDS OF SALE WILL BE THE RESPONSIBILITY OF THE SHIPPER.

5. **APPLICABLE ROUTING** - CARRIERS ROUTING APPLIES UNLESS SHIPPER INSERTS SPECIFIC ROUTING.

6. **DELIVERY** - DELIVERY WILL BE MADE BY THE DELIVERING CARRIER TO THE CONSIGNEE AT A POINT WHERE DELIVERY SERVICE IS AVAILABLE AT APPLICABLE TARIFF CHARGES UNLESS INSTRUCTIONS TO DELIVER AT CITY TERMINAL OR AIRPORT TERMINAL ARE SPECIFIED BY SHIPPER UNDER SPECIAL INSTRUCTIONS.

7. **USE OF OTHER CARRIER / BROKER** - CARRIER MAY USE THE SERVICES OF OTHER CARRIERS AND/OR BROKERS AND SHIPMENT MAY BE DIVERTED TO MOTOR OR OTHER CARRIERS AS PER TARIFF RULE UNLESS SHIPPER GIVES OTHER WRITTEN INSTRUCTIONS HEREON.

8. **SHIPPER RESPONSIBILITY** - THE SHIPPER IS RESPONSIBLE FOR PREPARING, MARKING, PACKING, AND LABELING HIS SHIPMENT SO AS TO ENSURE SAFE TRANSPORTATION WITH ORDINARY CARE IN HANDLING. CARRIER ACCEPTANCE OF THE SHIPMENT SHALL BE PRIMA FACIE EVIDENCE OF SHIPPER'S COMPLIANCE THIS PARAGRAPH.

9. **INSPECTION OF SHIPMENTS** - ALL SHIPMENTS ARE SUBJECT TO INSPECTION BY THE CARRIER, BUT THE CARRIER SHALL NOT BE OBLIGATED TO PERFORM SUCH INSPECTIONS.

10. **EXCLUSIONS** - THE CARRIER SHALL NOT BE LIABLE FOR LOSS, DAMAGE, DELAY OR OTHER RESULT CAUSED BY (A) ACTS OF GOD, PERILS OF THE AIR, PUBLIC ENEMIES, PUBLIC AUTHORITIES ACTING WITH ACTUAL OR APPARENT AUTHORITY IN THE PREMISES, AUTHORITY OF LAW, QUARANTINE, RIOTS, STRIKES, CIVIL COMMOTIONS, OR HAZARDS OR DANGER INCIDENT TO A STATE OF WAR OR UNDECLARED WAR; (B) THE ACT OF DEFAULT OF THE SHIPPER OR CONSIGNEE; (C) THE NATURE OF THE SHIPMENT OR ANY DEFECT, CHARACTERISTIC OR INHERENT VICE THEREOF; (D) VIOLATION BY THE SHIPPER OR CONSIGNEE OF ANY OF THE RULES CONTAINED IN APPLICABLE TARIFFS, INCLUDING, BUT NOT CONFINED TO, IMPROPER OR INSUFFICIENT PACKING, SECURING, MARKING, OR ADDRESSING, AND FAILURE TO OBSERVE ANY OF THE