# **EXHIBIT E**

# Charles Brown

| | |
|---|---|
| **From:** | Charles Brown |
| **Sent:** | Sunday, December 3, 2023 8:28 PM |
| **To:** | Thomas Bielli; David Klauder |
| **Subject:** | FW: ViewRay Parts - DOSE CHAMBER |
| **Attachments:** | VRAY System Storage SGL w Price 11-29-2023.xlsx; Global Magnet On-Hand w Cost 11-29-2023.xlsx; VRSS INVENTORY GLOBAL 11-29-2023.xlsx; SFO TOOLS ON-HOLD 11-29-2023.pdf; SFO TOOLS 11-29-2023.pdf; ORD TOOLS 11-29-2023.pdf; NRT TOOLS 11-29-2023.pdf; LHR TOOLS 11-29-2023.pdf; LAX TOOLS 11-29-2023.pdf; AMS TOOLS 11-29-2023.pdf; AMS TOOLS ON-HOLD 11-29-2023.pdf; Statement Report.PDF; VRSS INVENTORY GLOBAL 11-29-2023.xlsx |
| **Importance:** | High |

Gents:

See attached. Amount now owed is a little less than $3 million. It seems like my client did not the payments that it should have received during the wind down period. Please note that the attached statement does not include finance charges or attorney fees. Attorney fees are less than $40K when I last checked.

Please note the key for locations.


SFO = San Francisco
LAX = Los Angeles
AMS = Amsterdam
LHR = London
NRT = Narita, Japan
ORD = Chicago

Charles J. Brown, III
Gellert Scali Busenkell & Brown LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
302-425-5813
302-377-9714 (cell)
cbrown@gsbblaw.com
http://www.gsbblaw.com/

IRS Circular 230 Disclosure:
Pursuant to Treasury Regulations, any tax advice contained in this communication is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person tax advice addressed herein.

Disclaimer: The information contained in this communication is confidential and only for the use of the intended addressee(s). If you have received this communication in error, any disclosure or use of such information is strictly prohibited. Please notify the sender immediately and destroy all copies. Thank you.