**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 15, 2024, I caused copies of the foregoing *Objection of Scan Global Logistics to Trustee's Distribution Motion* to be served via electronic mail upon the following:

BIELLI & KLAUDER, LLC
David M. Klauder
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
dklauder@bk-legal.com


Dated: May 15, 2024

                   */s/ Charles J. Brown, III*
                   Charles J. Brown, III (DE 3368)