IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on May 20, 2024, I caused a true and correct copy of the *Reply of George L. Miller, Chapter 7 Trustee, in Further Support of the Trustee's Distribution Motion* to be served via CM/ECF upon all parties receiving electronic notification and via electronic mail upon the following:

Charles J. Brown, III, Esquire
1201 North Orange Street, Suite 300
Wilmington, DE 19801
cbrown@gsbblaw.com

Matthew B. Harvey, Esquire
1201 N. Market Street, 16th Floor
Wilmington, Delaware, 19801
mharvey@morrisnichols.com

| | |
|---|---|
| Dated: May 20, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.