# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 22, 2024 AT 9:30 A.M. (EASTERN TIME)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advanced registration requirements. Registration is required by 4:00 p.m. (Eastern Time) on May 21, 2024 unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

## I)    RESOLVED MATTERS

1. Motion of ViewRay Systems, Inc. to (I) Compel RK Logistics Group, Inc. to Comply with the Sale Order; (II) Direct RK Logistics Group, Inc. to Release Purchased Goods to ViewRay Systems, Inc.; and (III) Award ViewRay Systems, Inc. Fees and Costs Incurred as Civil Contempt Sanctions (Filed: March 20, 2024; Docket No. 562).

   Objection/Response Deadline: April 3, 2024 at 4:00 p.m. (Eastern Time).

   Objections/Responses: None.

   Related Documents:

   A. Notice of Withdrawal of Motion of ViewRay Systems, Inc. to (I) Compel RK Logistics Group, Inc. to Comply with the Sale Order; (II) Direct RK Logistics Group, Inc. to Release Purchased Goods to ViewRay Systems, Inc.; and (III) Award ViewRay Systems, Inc. Fees and Costs Incurred as Civil Contempt Sanctions (Filed: May 1, 2024; Docket No. 581).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.

Status: This matter has been withdrawn.

2. Debtors' Motion for Entry of: (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of the Debtors Business or Substantially All of the Debtors Assets; (II) Approving Procedures to Designate One or More Stalking Horse Bidders and Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the Sale of the Debtors Business or Substantially All of the Debtors Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of the Debtors Business or Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief (Filed: July 21, 2023; Docket No. 69).

Counterparty Supplemental Objection/Response Deadline: February 5, 2024 at 4:00 p.m. (Eastern Time). The objection deadline was extended to February 7, 2024 at 4:00 p.m. (ET) for Paramount Electronics Ltd.

Counterparty Supplemental Objections/Responses:

A. Oracle's Supplemental Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Related Supplemental Notice of Assumption and Assignment (Filed: February 5, 2024; Docket No. 541);

B. Objection of Japan Superconductor Technology, Inc. to Trustee's Supplemental Notice of Assumption and Assignment (Filed: February 5, 2024; Docket No. 542); and

C. Informal comments from Paramount Electronics Ltd.

Related Documents:

A. Order (I) Approving Bidding Procedures in Connection With the Sale of the Debtors' Business or Substantially All of the Debtors' Assets; (II) Approving Procedures to Designate One or More Stalking Horse Bidders and Associated Bid Protections; (III) Scheduling an Auction for and Hearing to Approve the Sale of the Debtors' Business or Substantially All of the Debtors' Assets; (IV) Approving Notice of the Respective Date, Time, and Place for an Auction and for a Hearing on Approval of Sale; (V) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (VI) Approving the Form and Manner of Notice Thereof; and (VII) Granting Related Relief (Filed: August 23, 2023; Docket No. 208);

    B. Supplemental Notice of Extension of Certain Deadlines in the Bidding Procedures and Sale Motion, Scheduling Auction and Sale (Filed: December 13, 2023; Docket No. 479);

    C. Notice of Successful Bid and Back-up Bid (Filed: January 16, 2024; Docket No. 520);

    D. Supplemental Notice of Assumption and Assignment (Filed: January 22, 2024; Docket No. 532); and

    E. Order (I) Approving the Sale of Substantially All Assets of the Debtors and Their Estates Free and Clear of Liens, Encumbrances, Claims and Interests (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief (Filed: January 23, 2024; Docket No. 534).

Status: All of the Counterparties' supplemental objections have been resolved.

## II) MATTER GOING FORWARD

3. Motion of George L. Miller, the Chapter 7 Trustee, for Authorization to Distribute the Proceeds From the Sale of the Debtors' Assets and Other Assets of the Bankruptcy Estates Pursuant to the Sharing Agreement with the Lenders (Filed: May 1, 2024; Docket No. 582).

Objection/Response Deadline: May 15, 2024 at 4:00 p.m. (Eastern Time).

Objections/Responses:

    A. Objection of Scan Global Logistics to Trustee's Distribution Motion (Filed: May 15, 2024; Docket No. 585);

    B. Reply of the DIP Secured Parties and the Prepetition Secured Parties in Support of the Trustee's Distribution Motion (Filed: May 19, 2024; Docket No. 596); and

    C. Reply of George L. Miller, Chapter 7 Trustee, in Further Support of the Trustee's Distribution Motion (Filed: May 20, 2024; Docket No. 598).

Related Documents: None.

Status: This matter is going forward.

| | |
|---|---|
| Dated: May 20, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |

4