# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ViewRay, Inc., *et al.*, | Case No. 23-10935 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on May 20, 2024, I caused a true and correct copy of the *Notice of Agenda of Matters Scheduled for Hearing on May 22, 2024 at 9:30 a.m. (Eastern Time)* to be served via CM/ECF upon all parties receiving electronic notification and via electronic mail upon the parties on the attached Service List.

| | |
|---|---|
| Dated: May 20, 2024<br>Wilmington, Delaware | **BIELLI & KLAUDER, LLC**<br><br>*/s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, Delaware 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br><br>*Counsel to George L. Miller Chapter 7 Trustee for the Bankruptcy Estates of ViewRay, Inc., et al.,* |

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are ViewRay, Inc. (7485) and ViewRay Technologies, Inc. (8429). The mailing address for each of the Debtors is 2 Thermo Fisher Way, Oakwood, OH 44146.