**Service List**

AFT Microwave Inc.
c/o Offit Kurman, P.A.
Attn: Brian J. McLaughlin
Brian.mclaughlin@offitkurman.com

Akesis, Inc.
c/o Becker & Poliakoff
Attn: Jon Polenberg
jpolenberg@beckerlawyers.com

Akesis, Inc.
c/o The Rosner Law Group, LLC
Attn: Frederick B. Rosner
Attn: Zhao (Ruby) Liu
rosner@teamrosner.com
liu@teamrosner.com

Arizona Office of the Attorney General
Attn: Bankruptcy Unit
aginfo@azag.gov

BXP Research Park LP
c/o Goulston & Storrs PC
Attn: Douglas B. Rosner
Attn: Brendan M. Gage
drosner@goulstonstorrs.com
bgage@goulstonstorrs.com

California Office Of The Attorney General
Attn: Bankruptcy Unit
Xavier.becerra@doj.ca.gov

Canberra Packard Central Europe GmbH
c/o Sheppard Mullin Richter & Hampton LLP
Attn: Edward H. Tillinghast, III, Esq/
Attn: Alyssa Paddock, Esq.
etillinghast@sheppardmullin.com
apaddock@sheppardmullin.com

Capital Region of Denmark
c/o Leech Tishman Fuscaldo & Lampi
Attn: Jeffrey M. Carbino
Attn: John M. Steiner
Attn: Lori A. Schwartz
jcarbino@leechtishman.com
jsteiner@leechtishman.com
lschwartz@leechtishman.com

Colorado Office of the Attorney General
Attn: Bankruptcy Unit
Dor_tac_bankruptcy@state.co.us

Connecticut Office of the Attorney General
Attn: Bankruptcy Unit
Attorney.general@ct.gov

CoWealth Medical China Co. Ltd.
c/o Troutman Pepper Hamilton Sanders LLP
Attn: Gary W. Marsh
Attn: Tori L. Remington
Gary.marsh@troutman.com
Tori.remington@troutman.com

Delaware Department of Justice
Attn: Bankruptcy Unit
Attorney.general@state.de.us

Delaware Office of the Attorney General
Delaware Department of Justice
Attorney.general@delaware.gov

Delaware Secretary of State
Division of Corporations
Dosdoc_bankruptcy@state.de.us

Delaware State Treasury
statetreasurer@state.de.us.

Forsun Health Holdings Limited
Shanghai Fosun Pharmaceutical (Group) Co., Ltd.
Chindex Shanghai International Trading Company, Limited
c/o Cole Schotz P.C.
Attn: Patrick J. Reilley
Attn: Michael E. Fitzpatrick
preilley@coleschotz.com
mfitzpatrick@coleschotz.com

Forsun Health Holdings Limited
Shanghai Fosun Pharmaceutical (Group) Co., Ltd.
Chindex Shanghai International Trading Company, Limited
c/o Paul Hastings LLP
Attn: Jayme Goldstein
Attn: Sam Lawand
jaymegoldstein@paulhastings.com
samlawand@paulhastings.com

GMI Solutions, Inc.
c/o Saul Ewing
Attn: Evan T. Miller
evan.miller@saul.com

Idaho Office of the Attorney General
Attn: Bankruptcy Unit
aglabrador@ag.idaho.gov

Internal Revenue Service
Attn: Bankruptcy Unit
Sbse.insolvency.balt@irs.gov

Japan Superconductor Technology, Inc.
C/o Masuda, Funai, Eifart & Mitchell, Ltd.
Attn: Jiwon Yhee
Attn: Tadashi Tahara
Attn: Christen McGlynn
jyhee@masudafunai.com
ttahara@masudafunai.com
cmcglynn@masudafunai.com

Kentucky Office of the Attorney General
Attn: Bankruptcy Unit
kyoagor@ky.gov

LAP Sued GmbH
c/o Gibbons P.C.
Attn: Brett S. Theisen
Attn: Peter Flägel
btheisen@gibbonslaw.com
pflagel@gibbonslaw.com

MidCap Funding IV Trust (as administrative agent)
c/o Hogan Lovells US LLP
c/o Morris, Nichols, Arsht & Tunnell LLP
Attn: Frederick Cristman
Attn: Matthew Scherneck
Attn: Matthew Harvey
Fred.cristman@hoganlovells.com
Frederick.cristman@hoganlovells.com
Matthew.schernecke@hoganlovells.com
mharvey@morrisnichols.com

New England Lead Burning Company, Inc. d/b/a NELCO Worldwide
c/o Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W. Carey, Esq.
pcarey@mirickoconnell.com

New Hampshire Office of the Attorney General
Attn: Bankruptcy Unit
attorneygeneral@doj.nh.gov

Office of the U.S. Trustee for the District of Delaware
Attn: Benjamin A. Hackman
Ustpregion03.wl.ecf@usdoj.gov
Benjamin.a.hackman@usdoj.gov

Official Committee of Unsecured Creditors
c/o Cleary Gottlieb Steen & Hamilton LLP
Attn: David H. Botter
Attn: Lisa M. Schweitzer
Attn: Thomas S. Kessler
Attn: Brad Lenox
dbotter@cgsh.com
lschweitzer@cgsh.com
tkessler@cgsh.com
blenox@cgsh.com

Oracle America, Inc.
c/o Buchalter, A Professional Corporation
c/o Doshi Legal Group, P.C.
Attn: Shawn M. Christianson
Attn: Amish R. Doshi
schristianson@buchalter.com
amish@doshilegal.com

Oregon Office of the Attorney General
Attn: Bankruptcy Unit
Ellen.rosenblum@doj.state.or.us

PDC Facilities, Inc.
c/o Sullivan Hazeltine Allinson LLC
Attn: William A. Hzeltine
whazeltine@sha-llc.com

PEKO Precision Products, Inc.
c/o Harter Secrest & Emery LLP
c/o Porzio, Bromberg & Newman, P.C.
Attn: Cheryl A. Santaniello
Attn: Robert M. Schechter
Attn: Nicholas S. Gatto
ngatto@hselaw.com
casantaniello@pbnlaw.com
rmschechter@pbnlaw.com

Penn State Health
c/o Dickie, McCamey @ Chilcote, PC
Attn: Samuel R. Grego, Esq.
Attn: William R. Adams, Esq.
sgrego@dmclaw.com
wadams@dmclaw.com

Securities & Exchange Commission
Attn: Regional Director
c/o Office of General Counsel – Bankruptcy
Attn: Michael A. Berman
bankruptcynoticeschr@sec.gov
nyrobankruptcy@sec.gov
secbankruptcy-ogc-ado@sec.gov

Siemens Healthcare GMBH
c/o Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Mark W. Eckard
kgwynne@reedsmith.com
meckard@reedsmith.com

Silicon Valley Bank
c/o Morrison & Foerster LLP
Attn: Alex Rheaume
arheaume@mofo.com

Tesla Engineering Limited
c/o A.M. Saccullo Legal, LLC
Attn: Anthony M. Saccullo
Attn: Mary E. Augustine
ams@saccullolegal.com
meg@saccullolegal.com

Thermo Fisher Scientific Inc.
c/o Hiller Law, LLC
c/o Tucker Arensberg, P.C.
Attn: Adam Hiller
Attn: Beverly Weiss Manne
Attn: Maribeth Thomas
ahiller@adamhillerlaw.com
bmanne@tuckerlaw.com
mthomas@tuckerlaw.com

United States of America
Department of Veterans Affairs
c/o Civil Division, U.S. Department of Justice
Cortney.robinson@usdoj.gov

Vermont Office of the Attorney General
Attn: Bankruptcy Unit
Ago.info@vermont.gov

ViewRay, Inc.
c/o Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
Attn: Patrick A. Jackson
Attn: Ian J. Bambrick
Attn: Jaclyn C. Marasco
Michael.pompeo@faegredrinker.com
Patrick.jackson@faegredrinker.com
Ian.bambrick@faegredrinker.com
Jaclyn.marasco@faegredrinker.com

Hogan McDaniel
Daniel Kerrick, Esq.
dckerrick@dkhogan.com

Godfrey & Kahn, S.C.
Nicholas Hahn, Esq.
nhahn@gklaw.com

Womble Bond Dickinson (US) LLP
Elazar A. Kosman, Esq.
Elazar.kosman@wbd-us.com

Wojciech F. Jung, Esq.
Wojciech.jung@wbd-us.com

A.Y. Strauss LLC
Eric H. Horn, Esq.
ehorn@aystrauss.com

Morris James LLP
Eric J. Monzo, Esq.
Brya M. Keilson, Esq.
emonzo@morrisjames.com
bkeilson@morrisjames.com

Jeremy M. Campana, Esq.
Jeremy.campana@thompsonhine.com

Dorsey & Whitney (Delaware) LLP
Alessandra Glorioso, Esq.
Glorioso.alessandra@dorsey.com

Fox Rothschild LLP
Howard A. Cohen, Esq.
hcohen@foxrothschild.com

Bayard, P.A.
Evan T. Miller, Esq.
emiller@bayardlaw.com

BELFOR Property Restoration
Lissa Kalt, Esq.
Lissa.kalt@us.belfor.com

Orlando Health Inc.
c/o Dinsmore & Shohl LLP
Attn: Michael A. Paasch, Esq.
michael.paasch@dinsmore.com

c/o Ashby & Geddes, P.A.
Attn: Michael D. DeBaecke, Esq.
mdebaecke@ashbygeddes.com

New York-Presbyterian Hospital
Weill Cornell Medical Center
525 East 68th Street
New York, NY 10065
medicinefacultyservices@med.cornell.edu

Gellert Scali Busenkell & Brown
Charles J. Brown, III, Esq.
cbrown@gsbblaw.com

Connolly Gallagher LLP
Jeffrey C. Wisler, Esq.
jwisler@connollygallagher.com

Blank Rome LLP
Josef W. Mintz, Esq.
Josef.mintz@blankrome.com

Sonntag & Partner
Partnerschafts-Gesellschaft MBB
Dr. Maximilian Hüttel
maximilian.huettel@sonntag-partner.de

Enspire Learning, Inc.
DBA Abilitie
margaret.hawkins@abilitie.com

Elekta Limited
Attn: Kevin Kobbe, Esq.
kevin.kobbe@us.dlapiper.com

Mevion Medical Systems, Inc.
Attn: Paul W. Carey, Esq.
pcarey@mirickoconnell.com

MNP Holdings, LLC
Attn: Adam Hirsch, Esq.
adam.hirsch@dgslaw.com

Varian Medical Systems Inc.
Attn: Mark W. Eckard, Esq.
meckard@reedsmith.com

Lewis Brisbois Bisgaard & Smith, LLP
Rafael X. Zahralddin-Aravena, Esquire
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
Rafael.Zahralddin@LewisBrisbois.com

Polsinelli PC
Shanti M. Katona, Esq.
Michael V. DiPietro, Esq.
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Skatona@polsinelli.com
mdipietro@polsinelli.com

Davis Graham & Stubbs LLP
Adam L. Hirsch, Esq.
1550 17th Street, Suite 500
Denver, Colorado 80202
Adam.hirsch@dgslaw.com